# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21-cr-584-13 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JAYLEN MARTIN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on September 13, 2024. The Court referred this matter to Magistrate Judge Reuben J. Sheperd to conduct appropriate proceedings and to file a report and recommendation. A second Superseding Violation Report, which became the operative report, was filed in this case on January 7, 2025. Magistrate Judge Sheperd reported that a supervised release violation hearing was held on January 22, 2025. The defendant admitted to the following violation:

1. New Law Violation.

The magistrate judge filed a report and recommendation on January 22, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on February 6, 2025. Present were the following: Assistant United States Attorney Toni Beth Schnellinger,

representing the United States; Attorney Joseph Pagano, representing the defendant; the defendant Jaylen Martin, and United States Probation Officers Joshua Hall and Brook Clark.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant is to remain on supervised release, but with the following additional conditions:

**Cognitive Behavioral Treatment**: You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.); and

**Anger Management**: You must participate in an anger management program approved by the probation office for a period at the discretion of the treatment provider. You must follow all program rules and successfully complete the program.

**Custodial Arrangements:**  You shall apply to the Stark County Family Court to arrange for visitation with your child (whose mother is M.M.) and visit your child only in accordance with custodial arrangements as ordered by the Stark County Family Court.

**IT IS SO ORDERED**.

Dated: February 6, 2025

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**